

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-8-2015

# CBS Corp v. Schindler Elevator

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"CBS Corp v. Schindler Elevator" (2015). *2015 Decisions*. Paper 350.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/350

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
———

No. 14-3397
———

CBS CORPORATION,
Appellant

v.

SCHINDLER ELEVATOR CORPORATION
———

United States District Court for the
Western District of Pennsylvania
(2-12-cv-01027)
District Judge:  Honorable David S. Cercone
———

Present:  FISHER, HARDIMAN, ROTH, *Circuit Judges*.
———

**ORDER**
———

The parties agree that the District Court did not have subject matter jurisdiction over this state-law breach of contract action because diversity of citizenship never existed. Therefore, the District Court lacked the constitutional authority to "proceed at all in [this] cause." *Ex parte McCardle*, 74 U.S. (7 Wall.) 506, 514 (1868). On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 26, 2014, be and the same is hereby VACATED and this case is REMANDED with instructions that the case be dismissed without prejudice.

BY THE COURT

s/ D. Michael Fisher
Circuit Judge

Dated: April 8, 2015
ARL/cc: FWB; SD; BWF; SWZ; RAC; DCS